# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  13-cr-00448-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JOSE ARMANDO ARCALA-MONTOYA,

    Defendant.

## ORDER

Pursuant to and in accordance with the sentencing hearing held before the Honorable Robert E. Blackburn, United States District Judge, on May 1, 2014,

**IT IS ORDERED** that Defendant Jose Armando Arcala-Montoya is sentenced to **time served**.

Dated:  May 1, 2014

    BY THE COURT:

    s/ Robert E. Blackburn
    ROBERT E. BLACKBURN,
    UNITED STATES DISTRICT JUDGE